**FILED**

APR 22 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 02-0125 PJH |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING HEARING |
| ) | |
| ANTWONE MITCHELL, ) | |
| Defendant. ) | |
| _____ ) | |

With the agreement of the parties, the Court enters this order (1) vacating the hearing now set for April 30, 2008 at 2:30 p.m., and (2) setting a new hearing for May 21, 2008, at 2:30 p.m. The parties agree, and the Court finds and holds, as follows:

1. Currently before the Court is the government's and the Probation Office's request that the Court modify the conditions of Antwone Mitchell's supervised release.

2. At the parties' last appearance on March 5, 2008, the Court ordered the government and Mitchell to file briefs regarding the requested modification. The Court set the matter for a hearing on April 30, 2008.

3. Government counsel is currently set to proceed to trial in the case of United States v. Allen Tam, CR 06-0206, pending before The Honorable Ronald M. Whyte in San Jose. The Tam trial was most recently set to begin on April 21, 2008, but the trial

STIP. & [PROPOSED] ORDER CONTINUING HRG.
CR 02-0125 PJH

date has been continued to April 30, 2008. Under such circumstances, government counsel will be unavailable for the hearing set in this matter on April 30, 2008.

4. For these reasons, the parties have agreed to continue the hearing in this matter until May 21, 2008, a date on which this Court is available. The Probation Officer is also available on this date. The parties have also agreed that Mitchell's responsive memorandum may now be filed on May 14, 2008.

5. Accordingly, for reasons stated above, and for good cause shown, the Court vacates the current April 20, 2008 hearing date and sets a new hearing date of May 21, 2008, at 2:30 p.m. Mitchell's memorandum is now to be filed on or before May 14, 2008.

SO STIPULATED.

DATED: April 22, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Assistant United States Attorney

DATED: April 21, 2008

BARRY PORTMAN
Attorney for the defendant Antwone Mitchell

SO ORDERED.
DATED: 4-22-08

PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

MITCHELL,

        Defendant.

Case Number: CR02-00125 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kyle F. Waldinger
U.S. Attorney's Office
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102

Barry Portman
Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102

Probation

Dated: April 22, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk